# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140950

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDDIE T. NASH,
      Defendant-Appellant.

SC: 140950
COA: 295819
Ingham CC: 03-001003-FC

_____/

      On order of the Court, the application for leave to appeal the March 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk

y1018